AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - Central District of California |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 2:22CV07572-TJH | 10/18/2022 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 47.144.24.31 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order  ☐ Judgment | ☐ Yes  ☑ No | 12/23/2022 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| KIRY K. GRAY | S. Hall-Brown | 12/27/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Camarillo, CA
**Total Works Infringed:** 56

**IP Address:** 47.144.24.31
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash:<br>54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-23-2022 22:06:43 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 2 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash:<br>3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 09-22-2022 15:02:41 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 3 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash:<br>EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 09-18-2022 21:58:17 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 4 | Info Hash: 455FCC6054CE178B17FEB3A5C82FE5DA4D5A3898<br>File Hash:<br>FA248C8571E5BAE5F250006CB115F5CE285E4ABF2C86333E175DC621298D3681 | 07-22-2022 00:36:50 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 5 | Info Hash: FE9E27A79E7E8E52E3168D683DE52CD583AD64CD<br>File Hash:<br>BCDD495F9CDC253A10E09B0B2FD948F1C5696BC31C21C9BBDC9BB6BCC917E361 | 07-22-2022 00:34:59 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 6 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash:<br>79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA82805366667E7DE46CA5DBC7F770 | 07-22-2022 00:34:28 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 7 | Info Hash: F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44<br>File Hash:<br>8018F3C62BF5FC835586F517F498520A6468BE88BAD00CED9DDA3375AC83E078 | 07-21-2022 21:30:44 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 8 | Info Hash: 14EC33D46FEA2D0766026D983770FB3F31669DA9<br>File Hash:<br>20C1F39D3B82D975777224BE38A8946131095F76159FB67AE203A99BBDEB4253 | 07-21-2022 21:29:32 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 9 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash:<br>086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 07-21-2022 21:24:06 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 10 | Info Hash: 5D1578FE2F0C81EF827A82667943F9BF3459AEB1<br>File Hash:<br>CFD551BB414A1FC232E5A77CC6302766506A722D9CD657624E9DFB1049238702 | 07-21-2022 21:22:43 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 11 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash:<br>2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 05-28-2022 20:16:11 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D756DFB0956C5B0D3FADFA9344D9570019E3054F<br>File Hash:<br>09DB635083C6B3FFE277E39BC569B5819D00F555A7996769B3CDFF79A09C1298 | 05-28-2022 20:14:21 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 13 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 04-18-2022 17:20:42 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 14 | Info Hash: 41B9096615FF294EFEDFF42BCC3ECCDAA0995D65<br>File Hash:<br>2EE66FF9981F894019BCF2A2479BEE32ABA6C2E16B91BB51B415750A635A5F42 | 04-18-2022 17:20:27 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 15 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash:<br>EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 03-29-2022 21:38:41 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 16 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash:<br>12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 03-28-2022 22:54:23 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 17 | Info Hash: FD9F9AB92752B9716BB2119D064F264C797BB67D<br>File Hash:<br>6804B83ED2233CE1FCC3660243C33F78D4C1B8DD8B0D454765E8E0D5ACF92A690 | 03-28-2022 22:53:14 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 18 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash:<br>FF6772AB803402F0031BC3D149112E9E4806C794228358FCF16C55D52261F36FF | 03-28-2022 22:51:23 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 19 | Info Hash: E82AD2ED432AA307E1613132DCF9205438004BFD<br>File Hash:<br>91BDB3668CC21EC56D5CD6B12FEA3CAACB01D234429E3C0705C6014871D3D1D3 | 03-28-2022 22:49:42 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 20 | Info Hash: 7D12856F6E5767544432F12B24014934445FA5FFF6<br>File Hash:<br>BA68245BDAFE3FA7C16DC3E400AF06ED57BF0870FAB611D0C07233885BF86502 | 03-28-2022 22:25:04 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 21 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash:<br>9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 03-28-2022 22:22:54 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 22 | Info Hash: A2B5718BB1CAA00D0D66507543078678C3137E5<br>File Hash:<br>C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 03-28-2022 22:22:18 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 23 | Info Hash: 0C47D5129BC6CCEEF6B4A00E05EE7279488C76F8<br>File Hash:<br>817918BA901B5813974EFA9485D02E80C9CA9A3CE5552420D296CD89B0E7EDC4 | 03-28-2022 22:21:27 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-31-2021 00:12:08 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 25 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 12-09-2021 19:22:04 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 26 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash:<br>71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 08-22-2021 20:50:06 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 27 | Info Hash: 842AC8695D5D94F86F8647219015 9F396B3B8C81<br>File Hash:<br>53247FD8E6D257127BE80D045AFD8E843E4855FEE8911BF1EEA6A75D1CD79A66 | 08-22-2021 20:41:45 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 28 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash:<br>15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 07-07-2021 15:51:36 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 29 | Info Hash: CB0D3A2DD39D12D6D1D0E2C443ED888B62498111<br>File Hash:<br>7B707376CC5B122A7C27CDA6D9D25EA806B8A3386816712746E86CC013B76C2A | 06-01-2021 21:27:07 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 30 | Info Hash: 55CBF5E46F479BA55644B62C16E145D03A1F6C14<br>File Hash:<br>E76C874877C93E535BDD79A9955CDFAD08C1B10B6B8A2ADD7CB434C520CA4B87 | 06-01-2021 21:11:42 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 31 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 06-01-2021 16:01:37 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 32 | Info Hash: 917802D0E5319A30D33AB457D0D7B9FBE4193622<br>File Hash:<br>86ADC796F96B1E594C21E34A31E1FFA8F5468CE0ED32705565A307C1202FF9EC | 06-01-2021 16:00:01 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 33 | Info Hash: 8ACEAF6E063E20FA8AD60011A276B2BD6C48825<br>File Hash:<br>2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 03-03-2021 17:03:49 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 34 | Info Hash: 6C0E1FB88038092CAB0AE05234C54A15CF40E0A1<br>File Hash:<br>94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 03-03-2021 17:02:08 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 35 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash:<br>997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A114422344A509 | 03-03-2021 16:50:44 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash:<br>A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-09-2021 16:23:20 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 37 | Info Hash: A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash:<br>24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 02-06-2021 20:13:49 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 38 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash:<br>F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F7412821535C37E44C88A3A62C | 02-03-2021 16:28:54 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 39 | Info Hash: 6D1A75568F5FD969F309E9D3B4962D54E537DBE<br>File Hash:<br>8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 02-03-2021 16:20:20 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 40 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 01-20-2021 07:35:59 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 41 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash:<br>7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 01-20-2021 07:35:57 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 42 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash:<br>E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-13-2021 22:07:20 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 43 | Info Hash: 49635DA350CACC630E1B30CD5322C3D7C3183F00<br>File Hash:<br>F0E3996AEC8F14108B8BABA8B149E40794710E3EC09D3EBB2C7F6CE122ED929A | 01-13-2021 22:03:10 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |
| 44 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F887644464E2AA3A5129A6ADAA2B4B8F67 | 12-21-2020 18:43:16 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 45 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889<br>File Hash:<br>18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 12-21-2020 18:40:29 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 46 | Info Hash: 383A4EA90E9A7D6495CC77BEBD1EB12915494309<br>File Hash:<br>E2A478830E64E95BA33CA74BC6762410DB6B910B61013CD04C8C84D95356931E | 12-20-2020 02:53:29 | Tushy | 12-07-2019 | 12-17-2019 | PA0002217666 |
| 47 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash:<br>43494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 12-01-2020 03:42:29 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 09BEFF88BFA6C03790189DB661 6808DDF8A8A751<br>File Hash:<br>DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 12-01-2020 03:41:57 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 49 | Info Hash: 0D865E84D30EE84F6EB79C7745938FA8B6FD2B6C<br>File Hash:<br>46A36CBDCBB2BEB4BFDC176902FBEB4AE14186DEDB96A5DFD94790D038A0FE45 | 11-14-2020 07:08:50 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 50 | Info Hash: 67DF662B0B6D61BD4623B0C5EAB3E9B91393FF90<br>File Hash:<br>67D7C1BD6E4898DC90788017F307EED3A65786770C516D4232DB0CF06A7773C8 | 11-09-2020 17:31:55 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 51 | Info Hash: 8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash:<br>39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 10-22-2020 02:27:47 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 52 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A<br>File Hash:<br>444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-20-2020 16:44:30 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 53 | Info Hash: 6B7795CF719B9927D744D0D03814BBC5D3319BDB<br>File Hash:<br>68BEF7983F5232244D16B6167980E378DC55330CDA3D3D38799498B0278FB920 | 10-20-2020 16:32:10 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 54 | Info Hash: 175677E8F1B45C13D75EDC9C127BF332EBD81A7D<br>File Hash:<br>736024B7E92900C1204DD79CF9BB525D5785A692520D88113E3E705950D74735 | 10-20-2020 16:32:00 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 55 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash:<br>F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-30-2020 16:29:40 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 56 | Info Hash: C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash:<br>944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 09-30-2020 16:28:10 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |